ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Penna Group, LLC | ) ASBCA No. 61640 |
| | ) |
| Under Contract No. W9126G-09-C-0014 | ) |

APPEARANCES FOR THE APPELLANT:    Bryant S. Banes, Esq.
                                  Sean D. Forbes, Esq.
                                    Neel, Hooper & Banes, P.C.
                                    Houston, TX

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                     Engineer Chief Trial Attorney
                                   Katharine Talbot, Esq.
                                   Blake Hedgecock, Esq.
                                     Trial Attorneys
                                     U.S. Army Engineer District, Fort Worth

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: February 1, 2022

_____
KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61640, Appeal of Penna Group, LLC, rendered in conformance with the Board's Charter.

Dated: February 1, 2022

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals